UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Allen Hillsman,

Civ. File No. 00-225 (PAM/RLE)

Petitioner,

v.

**ORDER**

T.C. Peterson, Warden,
Sandstone F.C.I., Minnesota,

Respondent.

---

This matter is before the Court upon Petitioner David Allen Hillsman's Objections to the Report and Recommendation of Magistrate Judge Raymond L. Erickson dated March 1, 2000. Pursuant to statute, the Court has conducted a de novo review of the record. See 28 U.S.C. § 636(b)(1); L.R. 72.1(c). Based on that review, the Court ADOPTS the Report and Recommendation (Clerk Doc. No. 4).

Accordingly, **IT IS HEREBY ORDERED** that:

Petitioner David Allen Hillsman's Petition for Writ of Habeas Corpus (Clerk Doc. No. 1) is **DISMISSED**.

Dated: March 8, 2001

Paul A. Magnuson
United States District Court Judge

MAR 08 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK