# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Allen Hillsman

Plaintiff

v.

T.C. Peterson, Warden,
Sandstone F.C.I. Minnesota

Defendants

Case No. Civil 00 225 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Petitioner's petition for writ of habeas corpus is dismissed.

DATE: March 6, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk